# EXHIBIT A

## TO MEMORANDUM IN SUPPORT OF PETITION TO ENFORCE ADMINISTRATIVE SUBPOENAS

OSHA Subpoenas *Ad Testificandum* (3 pages)

# UNITED STATES OF AMERICA

## DEPARTMENT OF LABOR

## OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION

### SUBPOENA AD TESTIFICANDUM

TO:  Michael Trinkley

Pursuant to Section 8(b) of the Occupational Safety and Health Act [29 U.S.C. §657(b)] you are hereby required to appear before Christopher M. Robinson, Area Director of the OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION, UNITED STATES DEPARTMENT OF LABOR or his agent on the 6th day of February, 2024 at 1:00 p.m., of that day, to testify under oath via videoconference regarding the working conditions maintained by:

Vorteq Valencia, LLC DBA Vorteq Coil Finishers, LLC
125 McFann Road
Valencia, PA 16059

Each participant will need a laptop or computer with a webcam and a stable internet connection. The Acting Secretary of Labor will send out a meeting link to all attendees at least one day prior with additional instructions. This testimony will be taken before a notary public or some other officer authorized to administer oaths under the law. The testimony will be recorded by stenographic means and a transcript will be generated.

FAIL NOT AT YOUR PERIL



IN TESTIMONY WHEREOF I have hereunto affixed my signature and the seal of the UNITES STATES DEPARTMENT OF LABOR AT OSHA PHILADELPHIA REGIONAL OFFICE this 25h Day of January 2024.

MICHAEL J. RIVERA
REGIONAL ADMINISTRATOR,
OCCUPATIONAL SAFETY AND HEALTH ADMINSTRATION,
UNITED STATES DEPARTMENT OF LABOR

# UNITED STATES OF AMERICA

## DEPARTMENT OF LABOR

## OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION

### SUBPOENA AD TESTIFICANDUM

TO:   Timothy Barkley

Pursuant to Section 8(b) of the Occupational Safety and Health Act [29 U.S.C. §657(b)] you are hereby required to appear before Christopher M. Robinson, Area Director of the OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION, UNITED STATES DEPARTMENT OF LABOR or his agent on the 7th day of February, 2024 at 9:00 a.m., of that day, to testify under oath via videoconference regarding the working conditions maintained by:

Vorteq Valencia, LLC DBA Vorteq Coil Finishers, LLC
125 McFann Road
Valencia, PA 16059

Each participant will need a laptop or computer with a webcam and a stable internet connection. The Acting Secretary of Labor will send out a meeting link to all attendees at least one day prior with additional instructions. This testimony will be taken before a notary public or some other officer authorized to administer oaths under the law. The testimony will be recorded by stenographic means and a transcript will be generated.

**FAIL NOT AT YOUR PERIL**



IN TESTIMONY WHEREOF I have hereunto affixed my signature and the seal of the UNITES STATES DEPARTMENT OF LABOR AT OSHA PHILADELPHIA REGIONAL OFFICE this 25th Day of January 2024.

_____
**MICHAEL J. RIVERA**
**REGIONAL ADMINISTRATOR,**
**OCCUPATIONAL SAFETY AND HEALTH ADMINSTRATION,**
**UNITED STATES DEPARTMENT OF LABOR**

# UNITED STATES OF AMERICA

## DEPARTMENT OF LABOR

## OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION

### SUBPOENA AD TESTIFICANDUM

TO:   Ethan Simmons

Pursuant to Section 8(b) of the Occupational Safety and Health Act [29 U.S.C.§657(b)] you are hereby required to appear before Christopher M. Robinson, Area Director of the OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION, UNITED STATES DEPARTMENT OF LABOR or his agent on the 7th day of February, 2024 at 1:00 p.m., of that day, to testify under oath via videoconference regarding the working conditions maintained by:

Vorteq Valencia, LLC DBA Vorteq Coil Finishers, LLC
125 McFann Road
Valencia, PA 16059

Each participant will need a laptop or computer with a webcam and a stable internet connection. The Acting Secretary of Labor will send out a meeting link to all attendees at least one day prior with additional instructions. This testimony will be taken before a notary public or some other officer authorized to administer oaths under the law. The testimony will be recorded by stenographic means and a transcript will be generated.

FAIL NOT AT YOUR PERIL



IN TESTIMONY WHEREOF I have hereunto affixed my signature and the seal of the UNITES STATES DEPARTMENT OF LABOR AT OSHA PHILADELPHIA REGIONAL OFFICE this 25th Day of January 2024.

MICHAEL J. RIVERA
REGIONAL ADMINISTRATOR,
OCCUPATIONAL SAFETY AND HEALTH ADMINSTRATION,
UNITED STATES DEPARTMENT OF LABOR